UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                            )<br>                         Plaintiff,         )<br>                                                            )<br>v.                                                        )<br>                                                            )<br>                                                            )<br>                                                            )<br>KYLE ALAN RICHARDSON,      )<br>                                                            )<br>                         Defendant.       )<br>                                                            )<br>                                                            )<br>                                                            ) | NO:  CR-13-2045-EFS-2<br><br>ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION OF ORDER OF DETENTION<br> (Ct. Rec. 55, 58) |

BEFORE THE COURT without oral argument is Defendant's Motion For Reconsideration Of Order Of Detention.

The Court, having reviewed the court records and material presented by the Defendant, **DENIED** the Motion for Reconsideration Of Order Of Detention (Ct. Rec. 55, 58) for the reasons that:

1. There are no funds available to pay for inpatient treatment at this time, and;

2. Defendant has not made clear that there is a secure (lock in) treatment facility to which he may be released for inpatient treatment.

DATED this 16th day of April, 2013.

                                          s/ James P.Hutton
                                          JAMES P. HUTTON
                                          U.S. MAGISTRATE JUDGE