1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                 FOR THE DISTRICT OF WASHINGTON
7

8    UNITED STATES OF AMERICA,          No. CR-13-2045-EFS-2

9              Plaintiff,               Order Denying Defendant's Second
                                        Motion for Reconsideration of Order
10   vs.                                of Detention **(ECF 67)**

11
12   KYLE ALAN RICHARDSON,

13             Defendant.

14

15        The matter came on for hearing on May 28, 2013. The United States was

16   represented by AUSA Benjamin Seal. The Defendant was represented by James

17   Egan. The Court heard argument in open court and at side bar. The Court is fully

18   informed.

19        The United States has invoked the rebuttable presumption against the

20   Defendant under Section 3142(e). The Defendant is charged with a drug offense

21   with a minimum penalty of 10 years in custody or more.

22        Defendant has proposed that he be released to live with his father in

23   Lewiston, Idaho. He agrees to attend daily AA meetings and submit to daily

24   urinalysis testing, He would agree to home detention and electronic monitoring.

25   The Court has twice before considered those conditions and found them wanting.

26   ECF 49 and ECF 60. Defendant has a serious drug addiction and needs in patient

27   treatment in a secure facility.

28

ORDER - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Defendant's primary reason for seeking release again is that he has suffered from some medical conditions while in jail. Those conditions include congestive heart failure (diagnosed in 2002), insulin dependent diabetes, gall stones and gout. The Court notes as to the congestive heart failure, that since diagnosis, Defendant has been convicted of battery, assault, violation of a protective order and possession of a controlled substance. Thus, Defendant's criminal behavior does not seem to have been impacted or slowed by his heart condition.  He has also been charged with 3 separate and pending cases involving delivery of a controlled substance. His diabetes appears controlled by insulin and he has received treatment in jail for the gall stones and gout.

The Court does not find that the Defendant has overcome the presumption of detention. He has not been compliant with prior court orders even after posting a cash bond on one of the pending drug cases in Idaho. He and his family do not have the means to pay for inpatient treatment or electronic home monitoring. Although Defendant may have involuntarily "detoxed" by virtue of his incarceration, he does not have the tools necessary to maintain a clean and abstinent life style if the Court released him.

The Court **DENIES** the Defendant's Second Motion for Release.

**IT IS SO ORDERED**.

DATED this 28th day of May, 2013.

s/James P. Hutton
JAMES P. HUTTON
UNITED STATES MAGISTRATE JUDGE

ORDER - 2